**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMES CURTIS FELKINS**                                                                                                 **PLAINTIFF**

**VS.**                                               **NO. 5:15CV00091-BRW-JJV**

**EDDIE KEATHLEY,**
**Group B Narcotics Enforcement Unit,**
**Sheridan Police Department;** *et al.*                                                                     **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition ("RD")

submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed and the

time for doing so has passed.  After careful consideration, the Court adopts the RD in its entirety

as this Court's findings in all respects.

Accordingly, Plaintiff's Complaint (Doc. No. 2) is DISMISSED without prejudice.  The

Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this

Order would not be taken in good faith.

IT IS SO ORDERED this 28th day of May, 2015.


                                        /s/Billy Roy Wilson
                              UNITED STATES DISTRICT JUDGE